

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-13-01001-CV

Style:                     In re Anthony L. Bannwart

Date motion filed[*]:      December 18, 2013

Type of motion:        Motion for leave to resubmit response

Party filing motion:     Real party in interest

Document to be filed:   Response

Is appeal accelerated?     No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:                Current Due date:
        Date Requested:

Ordered that motion is:

        ☐        Granted

                 If document is to be filed, document due:

                 ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒        Denied

        ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐        Other: _____

> **Real party in interest, Black Sigma, LLC, has filed a motion for leave to resubmit its response. Black Sigma LLC's response was originally due December 17, 2013. However, the Court granted Black Sigma, LLC's motion for extension, which extended the due date for the response to December 23, 2013. In conjunction with its motion to leave, Black Sigma, LLC filed its response on December 18, 2013. The response is timely and Black Sigma, LLC's motion for leave is unnecessary. We deny the motion for leave as moot.**

Judge's signature:   /s/ <u>Justice Laura C. Higley</u>
                      ☒ Acting individually      ☐ Acting for the Court

Panel consists of    _____

Date:  December 20, 2013

November 7, 2008 Revision